***Bankruptcy Case: 25-20476-JNP Iron Hill Brewery, LLC***
***Transfer Date Range: 07-05-2025 through 10-02-2025***

*Prepared by* GIULIANO MILLER COMPANY

***Vendor:***

**Lamont Coffee & Tea Co**
**1139 Phoenixville Pike**
**West Chester, PA 19380**

(LAMONTCOFFEETEACO)
(SOFA1)

***Preferential Transfers:***

| Payment # | Payment Date | Clear Date | Payment Amount | Description |
|---|---|---|---|---|
| PYMT-7-9-2025 | 07/09/2025 | 07/21/2025 | 3,555.95 | |
| PYMT-7-23-2025 | 07/23/2025 | 07/28/2025 | 8,231.43 | |
| PYMT-7-30-2025 | 07/30/2025 | 08/04/2025 | 5,244.85 | |
| PYMT-8-6-2025 | 08/06/2025 | 08/11/2025 | 2,048.27 | |
| PYMT-8-13-2025 | 08/13/2025 | 08/18/2025 | 2,027.95 | |
| PYMT-8-21-2025 | 08/21/2025 | | 2,994.75 | |
| PYMT-8-27-2025 | 08/27/2025 | | 2,507.25 | |
| PYMT-9-3-2025 | 09/03/2025 | | 3,529.27 | |
| PYMT-9-10-2025 | 09/10/2025 | | 2,515.41 | |
| **TOTAL** | | 9 | $ 32,655.13 | |

| Trans # | Invoice Date | Clear Date | Payment Amount | OCB Portion | Invoice Amount | Allowed NV | Net Pref Claims |
|---|---|---|---|---|---|---|---|
| PYMT-7-9-2025 | | 07/21/2025 | $ 3,555.95 | $ 0.00 | | | $ 3,555.95 |
| PYMT-7-23-2025 | | 07/28/2025 | 8,231.43 | 0.00 | | | 11,787.38 |
| PYMT-7-30-2025 | | 08/04/2025 | 5,244.85 | 0.00 | | | 17,032.23 |
| PYMT-8-6-2025 | | 08/11/2025 | 2,048.27 | 0.00 | | | 19,080.50 |
| PYMT-8-13-2025 | | 08/18/2025 | 2,027.95 | 0.00 | | | 21,108.45 |
| PYMT-8-21-2025 | | 08/21/2025 | 2,994.75 | 0.00 | | | 24,103.20 |
| PYMT-8-27-2025 | | 08/27/2025 | 2,507.25 | 0.00 | | | 26,610.45 |
| PYMT-9-3-2025 | | 09/03/2025 | 3,529.27 | 0.00 | | | 30,139.72 |
| PYMT-9-10-2025 | | 09/10/2025 | 2,515.41 | 0.00 | | | 32,655.13 |
| **TOTALS** | | | **$ 32,655.13** | **$ 0.00** | **$ 0.00** | **$ 0.00** | |

| *Financial Summary:* | |
|---|---|
| **Gross Preferences** | $ 32,655.13 |
| Less Allowed OCB | 0.00 |
| Less Allowed NV | 0.00 |
| **Net Preferences** | **$ 32,655.13** |

© 2017 Giuliano, Miller & Co., LLC. All rights reserved

*12/17/2025 2:29:45 PM*