# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In the matter of:
Iron Hill Brewery, LLC

Debtor

Andrew Sklar, Chapter 7 Trustee

Plaintiff(s)

v.
Lamont Food Service, Inc. d/b/a Lamont Coffee & Tea Co

Defendant(s)

Case No. 25-20476

Adversary No. 26-1364

Judge: JNP

## AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk | United States Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney | Andrew Sklar<br>Andrew Sklar, Chapter 7 Trustee<br>1020 Laurel Oak Road Suite 203.<br>Voorhees, NJ 08043<br>856-258-4050 |

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address<br>United States Bankruptcy Court<br>400 Cooper Street<br>Camden, NJ 08101 | Courtroom: 4C<br>Date and Time:<br>November 24, 2026@2:00PM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Jeanne A. Naughton, Clerk

Date: 8/18/2026

By: /s/ Linda Martin
Deputy Clerk

*rev.1/4/17*

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program, see the related Local Rules and forms on the Court's web site njb.uscourts.gov/mediation.**